IN RE: Eric L. Hoover          BK NO. 25-03217 HWV
       Terra L. Hoover f/k/a Terra L. Sirk
                 Debtor(s)          Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC and index same on the master mailing list.

                                        Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
14 Nov 2025, 17:11:13, EST


         KML Law Group, P.C.
         BNY Mellon Independence Center
         701 Market Street, Suite 5000
         Philadelphia, PA  19106
         215-627-1322