Certificate Number: 06531-PAM-DE-040337457

Bankruptcy Case Number: 25-03217


06531-PAM-DE-040337457

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on November 21, 2025, at 10:10 o'clock AM CST, Eric Hoover completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 21, 2025　　　　By: /s/Patricia Queen

　　　　　　　　　　　　　　　Name: Patricia Queen

　　　　　　　　　　　　　　　Title: Certified Credit Counselor