Certificate Number: 06531-PAM-DE-040337459

Bankruptcy Case Number: 25-03217


06531-PAM-DE-040337459

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 21, 2025, at 10:10 o'clock AM CST, Terra Hoover completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 21, 2025

By: /s/Patricia Queen

Name: Patricia Queen

Title: Certified Credit Counselor