

Church & Dwight Co., Inc.  500 Charles Ewing Blvd Princeton South Corporate Center Ewing, NJ 08628   +1 609-806-1200
Eric Hoover   400 Grant Drive Hanover, PA 17331

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Eric Hoover | Church & Dwight Co., Inc. | 103194 | 08/18/2025 | 08/31/2025 | 09/05/2025 | |

|  | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 74.61 | 2,672.70 | 483.64 | 306.98 | 137.00 | 1,745.08 |
| YTD | 1,284.39 | 54,953.36 | 8,985.39 | 7,735.69 | 2,154.57 | 36,077.71 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Adjustment | | | 0 | | 58.93 |
| Bonus | | | 0 | | 4,704.32 |
| Gift | | | 0 | | 160.00 |
| Group Term Life | 08/18/2025 - 08/31/2025 | 0 | 0 | 2.31 | 41.21 |
| Holiday | | | 0 | | 1,528.80 |
| Overtime | 08/18/2025 - 08/31/2025 | 2.61 | 47.78 | 124.70 | 2,887.17 |
| Personal LV | 08/18/2025 - 08/31/2025 | 8 | 31.85 | 254.80 | 1,528.80 |
| Referral/Award | | | 0 | | 1,173.60 |
| Regular | 08/18/2025 - 08/31/2025 | 72 | 31.85 | 2,293.20 | 38,985.07 |
| Sick Pay | | | 0 | | 1,274.00 |
| Spot Bonus Gross Up | | | 0 | | 73.57 |
| Vacation | | | 0 | | 2,739.10 |
| Earnings | | | | 2,675.01 | 55,154.57 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 144.15 | 3,028.98 |
| Medicare | 33.71 | 708.39 |
| Federal Withholding | 30.71 | 1,937.02 |
| State Tax - PA | 71.31 | 1,498.57 |
| SUI-Employee Paid - PA | 1.87 | 38.58 |
| City Tax - JCKSN | 23.23 | 488.15 |
| PA LST - JCKSN | 2.00 | 36.00 |
| Employee Taxes | 306.98 | 7,735.69 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Pretax | 133.64 | 2,685.39 |
| Dental | 18.21 | 327.78 |
| Medical Pretax | 319.27 | 5,746.86 |
| Pretax Vision | 12.52 | 225.36 |
| Pre Tax Deductions | 483.64 | 8,985.39 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (L04) | 32.64 | 587.52 |
| Employee Giving Fund - Ongoing | 26.73 | 489.51 |
| Offset | | 50.00 |
| Purchasing Power Deduction | 77.63 | 1,027.54 |
| Post Tax Deductions | 137.00 | 2,154.57 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,325.01 | 48,854.57 |
| Medicare - Taxable Wages | 2,325.01 | 48,854.57 |
| Federal Withholding - Taxable Wages | 2,191.37 | 46,169.18 |

|  | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 4000 | |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Members 1st | Members 1st ******5987 | ******5987 | | 1,745.08 | USD |



Church & Dwight Co., Inc.  500 Charles Ewing Blvd Princeton South Corporate Center Ewing, NJ 08628  +1 609-806-1200
Eric Hoover  400 Grant Drive Hanover, PA 17331

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Eric Hoover | Church & Dwight Co., Inc. | 103194 | 09/01/2025 | 09/14/2025 | 09/19/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 64.23 | 2,654.55 | 482.73 | 302.79 | 136.82 | 1,732.21 |
| YTD | 1,348.62 | 57,607.91 | 9,468.12 | 8,038.48 | 2,291.39 | 37,809.92 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Adjustment | | | | 0 | 58.93 |
| Bonus | | | | 0 | 4,704.32 |
| Gift | | | | 0 | 160.00 |
| Group Term Life | 09/01/2025 - 09/14/2025 | 0 | 0 | 2.31 | 43.52 |
| Holiday | 09/01/2025 - 09/14/2025 | 8 | 31.85 | 254.80 | 1,783.60 |
| Overtime | 09/01/2025 - 09/14/2025 | 2.23 | 47.78 | 106.55 | 2,993.72 |
| Personal LV | 09/01/2025 - 09/14/2025 | 8 | 31.85 | 254.80 | 1,783.60 |
| Referral/Award | | | | 0 | 1,173.60 |
| Regular | 09/01/2025 - 09/14/2025 | 62 | 31.85 | 1,974.70 | 40,959.77 |
| Sick Pay | | | | 0 | 1,274.00 |
| Spot Bonus Gross Up | | | | 0 | 73.57 |
| Vacation | 09/01/2025 - 09/14/2025 | 2 | 31.85 | 63.70 | 2,802.80 |
| Earnings | | | | 2,656.86 | 57,811.43 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 143.03 | 3,172.01 |
| Medicare | 33.45 | 741.84 |
| Federal Withholding | 28.65 | 1,965.67 |
| State Tax - PA | 70.75 | 1,569.32 |
| SUI-Employee Paid - PA | 1.86 | 40.44 |
| City Tax - JCKSN | 23.05 | 511.20 |
| PA LST - JCKSN | 2.00 | 38.00 |
| Employee Taxes | 302.79 | 8,038.48 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Pretax | 132.73 | 2,818.12 |
| Dental | 18.21 | 345.99 |
| Medical Pretax | 319.27 | 6,066.13 |
| Pretax Vision | 12.52 | 237.88 |
| Pre Tax Deductions | 482.73 | 9,468.12 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (L04) | 32.64 | 620.16 |
| Employee Giving Fund - Ongoing | 26.55 | 516.06 |
| Offset | | 50.00 |
| Purchasing Power Deduction | 77.63 | 1,105.17 |
| Post Tax Deductions | 136.82 | 2,291.39 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,306.86 | 51,161.43 |
| Medicare - Taxable Wages | 2,306.86 | 51,161.43 |
| Federal Withholding - Taxable Wages | 2,174.13 | 48,343.31 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 4000 | |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Members 1st | Members 1st ******5987 | ******5987 | | 1,732.21 | USD |



Church & Dwight Co., Inc.  500 Charles Ewing Blvd Princeton South Corporate Center Ewing, NJ 08628  +1 609-806-1200
Eric Hoover  400 Grant Drive Hanover, PA 17331

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Eric Hoover | Church & Dwight Co., Inc. | 103194 | 09/15/2025 | 09/28/2025 | 10/03/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 74.18 | 2,652.16 | 482.61 | 302.22 | 136.80 | 1,730.53 |
| YTD | 1,422.80 | 60,260.07 | 9,950.73 | 8,340.70 | 2,428.19 | 39,540.45 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Adjustment | | | | 0 | 58.93 | OASDI | 142.88 | 3,314.89 |
| Bonus | | | | 0 | 4,704.32 | Medicare | 33.42 | 775.26 |
| Gift | | | | 0 | 160.00 | Federal Withholding | 28.37 | 1,994.04 |
| Group Term Life | 09/15/2025 - 09/28/2025 | 0 | 0 | 2.31 | 45.83 | State Tax - PA | 70.68 | 1,640.00 |
| Holiday | | | | 0 | 1,783.60 | SUI-Employee Paid - PA | 1.85 | 42.29 |
| Overtime | 09/15/2025 - 09/28/2025 | 2.18 | 47.78 | 104.16 | 3,097.88 | City Tax - JCKSN | 23.02 | 534.22 |
| Personal LV | | | | 0 | 1,783.60 | PA LST - JCKSN | 2.00 | 40.00 |
| Referral/Award | | | | 0 | 1,173.60 | | | |
| Regular | 09/15/2025 - 09/28/2025 | 72 | 31.85 | 2,293.20 | 43,252.97 | | | |
| Sick Pay | | | | 0 | 1,274.00 | | | |
| Spot Bonus Gross Up | | | | 0 | 73.57 | | | |
| Vacation | 09/15/2025 - 09/28/2025 | 8 | 31.85 | 254.80 | 3,057.60 | | | |
| Earnings | | | | 2,654.47 | 60,465.90 | Employee Taxes | 302.22 | 8,340.70 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k Pretax | 132.61 | 2,950.73 | 401k Loan (L04) | 32.64 | 652.80 |
| Dental | 18.21 | 364.20 | Employee Giving Fund - Ongoing | 26.53 | 542.59 |
| Medical Pretax | 319.27 | 6,385.40 | Offset | | 50.00 |
| Pretax Vision | 12.52 | 250.40 | Purchasing Power Deduction | 77.63 | 1,182.80 |
| Pre Tax Deductions | 482.61 | 9,950.73 | Post Tax Deductions | 136.80 | 2,428.19 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 2,304.47 | 53,465.90 |
| Medicare - Taxable Wages | 2,304.47 | 53,465.90 |
| Federal Withholding - Taxable Wages | 2,171.86 | 50,515.17 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 4000 | |
| Additional Withholding | 0 | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Members 1st | Members 1st ******5987 | ******5987 | | 1,730.53  USD |



Church & Dwight Co., Inc.  500 Charles Ewing Blvd Princeton South Corporate Center Ewing, NJ 08628  +1 609-806-1200
Eric Hoover  400 Grant Drive Hanover, PA 17331

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Eric Hoover | Church & Dwight Co., Inc. | 103194 | 09/29/2025 | 10/12/2025 | 10/17/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 53.56 | 2,482.24 | 474.12 | 262.81 | 135.10 | 1,610.21 |
| YTD | 1,476.36 | 62,742.31 | 10,424.85 | 8,603.51 | 2,563.29 | 41,150.66 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Adjustment | | | 0 | | 58.93 |
| Bonus | | | 0 | | 4,704.32 |
| Gift | | | 0 | | 160.00 |
| Group Term Life | 09/29/2025 - 10/12/2025 | 0 | 0 | 2.31 | 48.14 |
| Holiday | | | 0 | | 1,783.60 |
| Overtime | 09/29/2025 - 10/12/2025 | 0.75 | 47.78 | 35.84 | 3,133.72 |
| Personal LV | | | 0 | | 1,783.60 |
| Referral/Award | | | 0 | | 1,173.60 |
| Regular | 09/29/2025 - 10/12/2025 | 52.81 | 31.85 | 1,682.00 | 44,934.97 |
| Sick Pay | | | 0 | | 1,274.00 |
| Spot Bonus Gross Up | | | 0 | | 73.57 |
| Vacation | 09/29/2025 - 10/12/2025 | 24 | 31.85 | 764.40 | 3,822.00 |
| Earnings | | | | 2,484.55 | 62,950.45 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 132.34 | 3,447.23 |
| Medicare | 30.95 | 806.21 |
| Federal Withholding | 9.00 | 2,003.04 |
| State Tax - PA | 65.46 | 1,705.46 |
| SUI-Employee Paid - PA | 1.74 | 44.03 |
| City Tax - JCKSN | 21.32 | 555.54 |
| PA LST - JCKSN | 2.00 | 42.00 |
| Employee Taxes | 262.81 | 8,603.51 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Pretax | 124.12 | 3,074.85 |
| Dental | 18.21 | 382.41 |
| Medical Pretax | 319.27 | 6,704.67 |
| Pretax Vision | 12.52 | 262.92 |
| Pre Tax Deductions | 474.12 | 10,424.85 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (L04) | 32.64 | 685.44 |
| Employee Giving Fund - Ongoing | 24.83 | 567.42 |
| Offset | | 50.00 |
| Purchasing Power Deduction | 77.63 | 1,260.43 |
| Post Tax Deductions | 135.10 | 2,563.29 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,134.55 | 55,600.45 |
| Medicare - Taxable Wages | 2,134.55 | 55,600.45 |
| Federal Withholding - Taxable Wages | 2,010.43 | 52,525.60 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 4000 | |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Members 1st | Members 1st ******5987 | ******5987 | | 1,610.21 | USD |



Church & Dwight Co., Inc.  500 Charles Ewing Blvd Princeton South Corporate Center Ewing, NJ 08628  +1 609-806-1200
Eric Hoover  400 Grant Drive Hanover, PA 17331

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Eric Hoover | Church & Dwight Co., Inc. | 103194 | 10/13/2025 | 10/26/2025 | 10/31/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.89 | 2,972.73 | 498.64 | 380.06 | 140.00 | 1,954.03 |
| YTD | 1,557.25 | 65,715.04 | 10,923.49 | 8,983.57 | 2,703.29 | 43,104.69 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Adjustment | | | | 0 | 58.93 |
| Bonus | | | | 0 | 4,704.32 |
| Gift | | | | 0 | 160.00 |
| Group Term Life | 10/13/2025 - 10/26/2025 | 0 | 0 | 2.31 | 50.45 |
| Holiday | | | | 0 | 1,783.60 |
| Overtime | 10/13/2025 - 10/26/2025 | 8.89 | 47.78 | 424.73 | 3,558.45 |
| Personal LV | | | | 0 | 1,783.60 |
| Referral/Award | | | | 0 | 1,173.60 |
| Regular | 10/13/2025 - 10/26/2025 | 72 | 31.85 | 2,293.20 | 47,228.17 |
| Sick Pay | | | | 0 | 1,274.00 |
| Spot Bonus Gross Up | | | | 0 | 73.57 |
| Vacation | 10/13/2025 - 10/26/2025 | 8 | 31.85 | 254.80 | 4,076.80 |
| Earnings | | | | 2,975.04 | 65,925.49 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 162.75 | 3,609.98 |
| Medicare | 38.06 | 844.27 |
| Federal Withholding | 68.42 | 2,071.46 |
| State Tax - PA | 80.52 | 1,785.98 |
| SUI-Employee Paid - PA | 2.08 | 46.11 |
| City Tax - JCKSN | 26.23 | 581.77 |
| PA LST - JCKSN | 2.00 | 44.00 |
| Employee Taxes | 380.06 | 8,983.57 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Pretax | 148.64 | 3,223.49 |
| Dental | 18.21 | 400.62 |
| Medical Pretax | 319.27 | 7,023.94 |
| Pretax Vision | 12.52 | 275.44 |
| Pre Tax Deductions | 498.64 | 10,923.49 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (L04) | 32.64 | 718.08 |
| Employee Giving Fund - Ongoing | 29.73 | 597.15 |
| Offset | | 50.00 |
| Purchasing Power Deduction | 77.63 | 1,338.06 |
| Post Tax Deductions | 140.00 | 2,703.29 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,625.04 | 58,225.49 |
| Medicare - Taxable Wages | 2,625.04 | 58,225.49 |
| Federal Withholding - Taxable Wages | 2,476.40 | 55,002.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 4000 | |
| Additional Withholding | 0 | |

## Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Members 1st | Members 1st ******5987 | ******5987 | | 1,954.03  USD |