

**Sun Coach Lines LLC**
PO Box 3052, McKeesport, PA 15134  412-678-5113

Terra L Hoover
Company: P563
Number: 4434
Social Security #: -99696207
Hire Date: 9/10/2021
Period Begin: 8/24/2025
Period End: 9/6/2025
Check Number: 
Check Date: 9/12/2025
Division: 
Branch: Han
Department: 301
Team: 

Fed OR addl $25.00

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| H-Attn Bonus | | | | | 22.50 |
| H-SAF Bonus | | 7.50 | 7.00 | 52.50 | 75.00 |
| Charter | | | | | 33.00 |
| Runs | | 24.50 | 37.50 | 918.75 | 13843.64 |
| Meeting | | | | | 28.33 |
| | | | 44.50 | 971.25 | 14002.47 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (T/0) (971.25) | 64.43 | 937.92 |
| OASDI (971.25) | 60.22 | 868.16 |
| Medicare (971.25) | 14.08 | 203.03 |
| PA (SM/0) (971.25) | 29.82 | 429.88 |
| PA-EE SUI (971.25) | 0.68 | 9.78 |
| Hanover Boro LST (971.25) | 2.00 | 30.00 |
| Hanover Boro EIT (971.25) | 9.71 | 140.02 |
| Net Direct Depo ***********160 | 790.31 | 11383.68 |
| Total Deductions | 971.25 | 14002.47 |

Total Earnings: 971.25
NET PAY: 790.31
Total Direct Deposits: 790.31
Check Amount: 0.00 / 0.00

REMOVE DOCUMENT ALONG THIS PERFORATION



**Terra L Hoover** — Sun Coach Lines LLC — PO Box 3052, McKeesport, PA 15134 412-678-5113

| Company | Period Begin | Division |
|---|---|---|
| P583 | 9/7/2025 | |
| Number | Period End | Branch |
| 4434 | 9/20/2025 | Han |
| Social Security # | Check Number | Department |
| -89696409 | | 301 |
| Hire Date | Check Date | Team |
| 9/10/2021 | 9/26/2025 | |

Fed OR addl $25.00

### Earnings

| Description | Location/Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Rtrn Bonus | | 7.50 | 10.00 | 75.00 | 97.50 |
| H-SAF Bonus | | 7.50 | 10.00 | 75.00 | 150.00 |
| Charter | | | | | 33.00 |
| Runs | | 24.50 | 50.00 | 1225.00 | 15068.64 |
| Meeting | | | | | 28.33 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (T/0) (1375.00) | 111.60 | 1049.52 |
| OASDI (1375.00) | 85.25 | 953.41 |
| Medicare (1375.00) | 19.94 | 222.97 |
| PA (SM/0) (1375.00) | 42.21 | 472.09 |
| PA-EE SUI (1375.00) | 0.96 | 10.74 |
| Hanover Boro LST (1375.00) | 2.00 | 32.00 |
| Hanover Boro EIT (1375.00) | 13.75 | 153.77 |
| Net Direct Depo ***********160 | 1099.29 | 12482.97 |

| | Hours/Pieces | Current | Year To Date | | Current | Year To Date |
|---|---|---|---|---|---|---|
| **Total Earnings** | 70.00 | 1375.00 | 15377.47 | **Total Deductions** | 1375.00 | 15377.47 |
| **NET PAY** | | 1099.29 | **Total Direct Deposits** 1099.29 | **Check Amount** | 0.00 | 0.00 |

REMOVE DOCUMENT ALONG THIS PERFORATION



**Terra L Hoover**

**Sun Coach Lines LLC**  
PO Box 3052  
McKeesport, PA 15134 412-678-5113

| Company | Period Begin | Division |
|---|---|---|
| P563 | 9/21/2025 | |
| Number | Period End | Branch |
| 4434 | 10/4/2025 | Han |
| Social Security # | Check Number | Department |
| | -99694591 | 301 |
| Hire Date | Check Date | Team |
| 9/10/2021 | 10/10/2025 | |

Fed OR addl $25.00

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| H-Attn Bonus | | 7.50 | 10.00 | 75.00 | 172.50 |
| H-SAF Bonus | | 7.50 | 10.00 | 75.00 | 225.00 |
| Charter | | 16.50 | 6.57 | 108.41 | 141.41 |
| Runs | | 24.50 | 50.00 | 1225.00 | 16293.64 |
| Meeting | | | | | 28.33 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (T/0) (1483.41) | 124.61 | 1174.13 |
| OASDI (1483.41) | 91.97 | 1045.38 |
| Medicare (1483.41) | 21.51 | 244.48 |
| PA (SM/0) (1483.41) | 45.54 | 517.63 |
| PA-EE SUI (1483.41) | 1.04 | 11.78 |
| Hanover Boro LST (1483.41) | 2.00 | 34.00 |
| Hanover Boro EIT (1483.41) | 14.83 | 168.60 |
| Net Direct Depo ***********160 | 1181.91 | 13664.88 |

| | Hours/Pieces | Current | Year To Date | | Current | Year To Date |
|---|---|---|---|---|---|---|
| **Total Earnings** | 76.57 | 1483.41 | 16860.88 | **Total Deductions** | 1483.41 | 16860.88 |
| **NET PAY** | | 1181.91 | **Total Direct Deposits** | 1181.91 | **Check Amount** | 0.00 | 0.00 |

REMOVE DOCUMENT ALONG THIS PERFORATION



**Sun Coach Lines LLC**  
PO Box 3052  
McKeesport, PA 15134 412-678-5113

**Terra L Hoover**

| | |
|---|---|
| Company | P563 |
| Number | 4434 |
| Social Security # | -99693773 |
| Hire Date | 9/10/2021 |
| Period Begin | 10/5/2025 |
| Period End | 10/18/2025 |
| Check Number | |
| Check Date | 10/24/2025 |
| Division | |
| Branch | Han |
| Department | 301 |
| Team | |

Fed OR addl $25.00

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| H-Attn Bonus | | 7.50 | 9.00 | 67.50 | 240.00 |
| H-SAF Bonus | | 7.50 | 9.00 | 67.50 | 292.50 |
| Charter | | | | | 141.41 |
| Runs | | 24.50 | 45.00 | 1102.50 | 17396.14 |
| Meeting | | | | | 28.33 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (T/0) (1237.50) | 95.10 | 1269.23 |
| OASDI (1237.50) | 76.73 | 1122.11 |
| Medicare (1237.50) | 17.94 | 262.42 |
| PA (SM/0) (1237.50) | 37.99 | 555.62 |
| PA-EE SUI (1237.50) | 0.87 | 12.65 |
| Hanover Boro LST (1237.50) | 2.00 | 36.00 |
| Hanover Boro EIT (1237.50) | 12.38 | 180.98 |
| Net Direct Depo ***********160 | 994.49 | 14659.37 |

| | Hours | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|
| **Total Earnings** | 63.00 | 1237.50 | 18098.38 | **Total Deductions** | 1237.50 | 18098.38 |
| **NET PAY** | | 994.49 | | **Total Direct Deposits** 994.49 **Check Amount** | 0.00 | 0.00 |

REMOVE DOCUMENT ALONG THIS PERFORATION