United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 25-03217-HWV
Eric L. Hoover  Chapter 13
Terra L. Hoover
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Dec 15, 2025     Form ID: ntcnfhrg     Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric L. Hoover, Terra L. Hoover, 400 Grant Dr., Hanover, PA 17331-1428 |
| 5757161 | + | Community Life Team, 300 Highland Ave, Hanover, PA 17331-2297 |
| 5757166 | | First Acces Bank of Missouri, Greenville, SC 29602 |
| 5757185 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5757173 | | OppLoans, Attn: Bankruptcy, 1 Prudential Plz, 130E, Chicago, IL 60601 |
| 5757182 | | Wellspan Health, PO Box 742688, Cincinnati, OH 45274-2688 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5757162 | Email/Text: cfcbackoffice@contfinco.com | Dec 15 2025 18:42:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 5757164 | Email/Text: bankruptcy@creditfresh.com | Dec 15 2025 18:42:00 | CreditFresh, 200 Continental Dr, Ste 401, Newark, DE 19713-4337 |
| 5757157 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 15 2025 18:47:35 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5757158 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2025 18:47:45 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5757159 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2025 18:47:38 | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5757160 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 15 2025 18:47:28 | Citibank N.A., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5757163 | Email/PDF: creditonebknotifications@resurgent.com | Dec 15 2025 18:47:28 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5757183 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Dec 15 2025 18:42:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5757165 | Email/Text: mrdiscen@discover.com | Dec 15 2025 18:42:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5757167 | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 15 2025 18:42:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 5757168 | Email/Text: bankruptcy.notices@hdfsi.com | Dec 15 2025 18:43:00 | Harley Davidson Financial, Attn: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 5757169 | Email/Text: bankruptcy@webbank.com | Dec 15 2025 18:42:00 | Imagine Credit, Attn: Account Services/Bankruptcy, PO Box 105824, Atlanta, GA 30348-5824 |
| 5757184 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 15 2025 18:43:00 | Internal Revenue Service, PO Box 7346, |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-7346 |
| 5761854 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 15 2025 18:43:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5757170 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2025 18:47:28 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5762620 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 15 2025 18:47:25 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5757171 | | Email/Text: Unger@Members1st.org | Dec 15 2025 18:43:00 | Members 1st Fcu, Attn: Bankruptcy, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5757172 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 15 2025 18:47:25 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5761269 | ^ | MEBN | Dec 15 2025 18:37:47 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 5759372 | + | Email/PDF: cbp@omf.com | Dec 15 2025 18:47:24 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5757187 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 15 2025 18:43:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5757174 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 15 2025 18:47:44 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5765235 | | Email/Text: bnc-quantum@quantum3group.com | Dec 15 2025 18:43:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5766291 | | Email/Text: bnc-quantum@quantum3group.com | Dec 15 2025 18:43:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5757175 | | Email/Text: bankruptcyteam@rocketmortgage.com | Dec 15 2025 18:43:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5757177 | | Email/Text: cathy@scratchpay.com | Dec 15 2025 18:42:00 | Scratch Financial, Attn: Compliance, 815 Colorado Blvd, Ste 450, Los Angeles, CA 90041-1766 |
| 5757176 | | Email/Text: enotifications@santanderconsumerusa.com | Dec 15 2025 18:43:00 | Santander Bank, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 5757178 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 15 2025 18:47:42 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5757179 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 15 2025 18:47:24 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5757186 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Dec 15 2025 18:42:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5757180 | ^ | MEBN | Dec 15 2025 18:38:22 | UPMC in Central PA, PO Box 2353, Harrisburg, PA 17105-2353 |
| 5765683 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 15 2025 18:42:00 | WebBank, PO Box 105555, Atlanta, GA 30348-5555 |
| 5757181 | | Email/PDF: cbp@omf.com | Dec 15 2025 18:47:34 | WebBank/OneMain, Attn: Bankruptcy, 215 S State St, Ste 1000, Salt Lake City, UT 84111-2336 |
| 5761280 | + | Email/Text: bankruptcynotification@wellspan.org | Dec 15 2025 18:43:00 | Wellspan Health, P O Box 15119, York, PA 17405-7119 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| John Matthew Hyams | on behalf of Debtor 2 Terra L. Hoover jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 1 Eric L. Hoover jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Eric L. Hoover,<br>**Debtor 1**<br><br>Terra L. Hoover,<br>fka Terra L. Sirk,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:25−bk−03217−HWV |

## Notice

The hearing on confirmation of the Amended Plan of reorganization of both Debtors is scheduled for the date indicated below.

**January 7, 2026** is the deadline for filing objections to confirmation of the Amended Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom 4B, 1501<br>N. 6th St, Harrisburg, PA 17102 | Date: January 14, 2026<br><br>Time: 09:30 AM |

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 15, 2025 |

ntcnfhrg (08/21)