## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ERIC L HOOVER
TERRA L HOOVER

CASE NO: 25-03217

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 2/16/2026, I did cause a copy of the following documents, described below,

2nd Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/16/2026

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
1007 N. Front St. Suite 3 South
Harrisburg, PA 17102
717-766-5300
acb@johnhyamslaw.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ERIC L HOOVER
TERRA L HOOVER

CASE NO: 25-03217

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 2/16/2026, a copy of the following documents, described below,

2nd Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/16/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
1007 N. Front St. Suite 3 South
Harrisburg, PA  17102

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-03217
MIDDLE DISTRICT OF PENNSYLVANIA
FRI FEB 13 14-53-33 PST 2026

EXCLUDE

(U)ROCKET MORTGAGE LLC FKA QUICKEN LOANS LL

EXCLUDE

US BANKRUPTCY COURT
SYLVIA H RAMBO US COURTHOUSE
1501 N 6TH STREET
HARRISBURG PA 17102-1104

BRANDON S LEFKOWITZ
29777 TELEGRAPH ROAD SUITE 2440
SOUTHFIELD MI 48034-7667

(P)DEPARTMENT OF LABOR INDUSTRY
ATTN OFFICE OF CHIEF COUNSEL
651 BOAS STREET 10TH FLOOR
HARRISBURG PA 17121-0751

CAPITAL COMMUNITY BANK
CO OPPORTUNITY FINANCIAL LLC
PO BOX 5040
FREDERICKSBURG VA 22403-0640

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CITI CARDBEST BUY
ATTN CITICORP CR SRVS CENTRALIZED BANKR
PO BOX 790040
SAINT LOUIS MO 63179-0040

CITIBANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 790046
SAINT LOUIS MO 63179-0046

CITIBANK NA
120 CORPORATE BLVD
NORFOLK VA 23502-4952

COMMUNITY LIFE TEAM
300 HIGHLAND AVE
HANOVER PA 17331-2297

(P)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

CREDIT ONE BANK
ATTN BANKRUPTCY DEPARTMENT
6801 S CIMARRON RD
LAS VEGAS NV 89113-2273

(P)CREDIT FRESH
200 CONTINENTAL DRIVE SUITE 401
NEWARK DE 19713-4337

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY OH 43054-3025

FIRST ACCES BANK OF MISSOURI
GREENVILLE SC 29602

FORTIVA
ATTN BANKRUPTCY
PO BOX 105555
ATLANTA GA 30348-5555

HARLEY DAVIDSON FINANCIAL
ATTN BANKRUPTCY
PO BOX 22048
CARSON CITY NV 89721-2048

HARLEYDAVIDSON CREDIT CORP
PO BOX 9013
ADDISON TEXAS 75001-9013

IMAGINE CREDIT
ATTN ACCOUNT SERVICESBANKRUPTCY
PO BOX 105824
ATLANTA GA 30348-5824

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LVNV FUNDINGRESURGENT CAPITAL
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE SC 29603-0497

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE SC 29603-0368

MEMBERS 1ST FCU
ATTN BANKRUPTCY
PO BOX 8893
CAMP HILL PA 17001-8893

MERRICK BANK CORP
PO BOX 9201
OLD BETHPAGE NY 11804-9001

MIDLAND CREDIT MANAGEMENT  INC
PO BOX 2037
WARREN  MI 48090-2037

NCB MANAGEMENT SERVICES  INC
ONE ALLIED DRIVE
TREVOSE  PA 19053-6945

OFFICE OF ATTORNEY GENERAL
FINANCIAL ENFORCEMENT
16TH FLOOR  STRAWBERRY SQUARE
HARRISBURG  PA 17120-0001

ONEMAIN FINANCIAL GROUP  LLC
PO BOX 981037
BOSTON  MA 02298-1037

OPPLOANS
ATTN BANKRUPTCY
1 PRUDENTIAL PLZ
130E
CHICAGO  IL 60601

PA DEPARTMENT OF REVENUE
DEPARTMENT 280946  ATTNBANKRUPTCY
HARRISBURG  PA 17128-0946

EXCLUDE

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PURCHASING POWER  LLC
2727 PACES FERRY ROAD SE BLDG 2 STE 1200
ATLANTA  GA 30339-6199

QUANTUM3 GROUP LLC AS AGENT FOR
CREDIT CORP SOLUTIONS INC
PO BOX 788
KIRKLAND  WA  98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
CROWN ASSET MANAGEMENT LLC
PO BOX 788
KIRKLAND  WA  98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
VELOCITY INVESTMENTS LLC
PO BOX 788
KIRKLAND  WA  98083-0788

ROCKET MORTGAGE
ATTN BANKRUPTCY
1050 WOODWARD AVE
DETROIT  MI 48226-3573

ROCKET MORTGAGE  LLC FKA QUICKEN LOANS  AT
635 WOODWARD AVENUE
DETROIT MI 48226-3408

SANTANDER BANK
ATTN BANKRUPTCY
PO BOX 961245
FORT WORTH  TX 76161-0244

(P)SCRATCH FINANCIAL  INC
ATTN CATHY MORSE COMPLIANCE
225 S LAKE AVE
SUITE 250
PASADENA CA 91101-4895

SYNCHRONY BANKAMAZON
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

SYNCHRONY BANKSAMS
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

EXCLUDE

(P)U S  DEPARTMENT OF JUSTICE TAX DIVISION
CIVIL TRIAL SECTION EASTERN REGION
P O BOX 227
BEN FRANKLIN STATION
WASHINGTON DC 20044-0227

UPMC IN CENTRAL PA
PO BOX 2353
HARRISBURG  PA 17105-2353

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N 6TH ST
HARRISBURG  PA 17102-1104

WEBBANK
PO BOX 105555
ATLANTA  GA 30348-5555

WEBBANKONEMAIN
ATTN BANKRUPTCY
215 S STATE ST
STE 1000
SALT LAKE CITY  UT 84111-2336

WELLSPAN  HEALTH
P O BOX  15119
YORK  PA 17405-7119

EXCLUDE

WELLSPAN HEALTH
PO BOX 742688
CINCINNATI  OH 45274-2688

ERIC L HOOVER
400 GRANT DR
HANOVER  PA 17331-1420

(P)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

EXCLUDE

JOHN MATTHEW HYAMS
LAW OFFICES OF JOHN M HYAMS
1007 N FRONT STREET
SUITE 3 SOUTH
HARRISBURG  PA 17102 3320

EXCLUDE

TERRA L HOOVER
400 GRANT DR
HANOVER  PA 17331 1428